1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2723

5  Attorney for Plaintiff

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 5949 RICH HILL DRIVE, ORANGEVALE, SACRAMENTO COUNTY, CALIFORNIA, APN: 223-0242-042, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>           Defendant. | **2:05-cv-464 MCE/JFM**<br><br>**FINAL JUDGMENT OF FORFEITURE; ORDER** |

   Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

   1.  This is a civil forfeiture action against certain real property listed in the caption above.  The real property is more particularly described in Exhibit A, attached hereto and incorporated herein by reference.

   2.  A Complaint for Forfeiture In Rem was filed on March 8, 2005, seeking the forfeiture of the defendant real property, alleging that said property is forfeitable to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).

1

1     3.   On March 9, 2005, the defendant real property was
2  posted with a copy of the complaint and notice of complaint.
3     4.   On July 18, July 25, and August 1, 2005, a Public Notice
4  of Posting of defendant property appeared by publication in <u>The
5  Daily Recorder</u>, a newspaper of general circulation in the county
6  in which the defendant real property is located (Sacramento
7  County).
8     5.   In addition to the Public Notice of Posting having been
9  completed, actual notice was given by certified mail to the
10 following:
11          a.   Elaine Esparza
12          b.   Timothy Mattos
13          c.   Home Comings Financial Network, Inc.
14    6.   Elaine Esparza and GMAC Mortgage Corporation,
15 [hereafter "GMAC"] the successor in interest to Home Comings
16 Financial Network, Inc., filed verified claims and answers
17 alleging an interest in the defendant real property.
18    7.   Timothy Mattos did not file a claim to the property nor
19 an Answer to the verified complaint.  Mattos' default was entered
20 by the Clerk of the Court on September 8, 2005 in accordance with
21 Fed. R. Civ. P. 55(a).
22    8.   Claimant Esparza and Timothy Mattos hold title to the
23 defendant real property as joint tenants.
24    9.   No other parties have filed claims or answers in this
25 matter and the time for which any person or entity may file a
26 claim and answer has expired.
27    Based on the above findings, and the Court being otherwise
28 fully advised in the premises, it is hereby

1      ORDERED AND ADJUDGED:

2      1.   That the Court adopts the Stipulation for Final
3 Judgment of Forfeiture entered into by and between the parties to
4 this action.

5      2.   That judgment is hereby entered against claimants
6 Elaine Esparza and GMAC Mortgage Corporation and all other
7 potential claimants.

8      3.   That the sum of $77,000.00 is substituted as the <u>res</u>
9 herein, and all right, title, and interest in said $77,000.00 is
10 hereby forfeited to the United States pursuant to 18 U.S.C. §
11 981(a)(1)(C), to be disposed of according to law.

12     4.   The United States shall take all reasonable steps to
13 remove the existing <u>lis pendens</u> recorded against the defendant
14 property.

15     5.   That the United States Secret Service shall pay to GMAC
16 attorney fees in the sum of $2000.  Within 60 days of the entry
17 of this Final Judgment of Forfeiture the United Secret Service
18 shall issue a check payable to GMAC and shall send it to Robert
19 E. Weiss, Inc., 920 Village Oaks Drive, Covina, CA 91724.

20     6.   That plaintiff United States of America and its
21 servants, agents, and employees and all other public entities,
22 their servants, agents, and employees, are released from any and
23 all liability arising out of or in any way connected with the
24 posting or forfeiture of defendant property.  This is a full and
25 final release applying to all unknown and unanticipated injuries,
26 and/or damages arising out of said posting or forfeiture, as well
27 as to those now known or disclosed.  The parties to this
28 stipulation waive the provisions of California Civil Code §1542.

7. Pursuant to the stipulation of the parties, there was reasonable cause for the posting of the defendant property, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

8. Except as provided in ¶ 5, all parties are to bear their own costs and attorneys' fees.

## CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 8, 2005 the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of defendant property.

DATED: June 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3

EXHIBIT A
LEGAL DESCRIPTION
5949 Rich Hill Drive
Orangevale, California

4 PARCEL A, IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AS
5 SHOWN ON THE PARCEL MAP RECORDED OCTOBER 30, 1985 IN BOOK 61 OF
6 PARCEL MAPS, PAGE 22.

7

8 ASSESSOR PARCEL NO.: 223-0242-042